```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  BENJAMIN D. GALLOWAY, Bar# 214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    SANTOS BARRAJAS
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
    UNITED STATES OF AMERICA,   )
12                              )    Cr.S. 09-408-LKK
                Plaintiff,      )
13                              )    STIPULATION AND ORDER
            v.                  )
14                              )    DATE: November 24, 2009
    VALENCIA-MENDOZA, et al.,   )    TIME: 9:15 a.m.
15                              )    JUDGE: Hon. Lawrence K. Karlton
                Defendants.     )
16                              )
    _____)
17
```

18    It is hereby stipulated and agreed to between the United States of
19 America through DANIEL McCONKIE, Assistant U.S. Attorney, and
20 defendants, SANTOS BARRAJAS by and through his counsel, BENJAMIN
21 GALLOWAY, Assistant Federal Defender, JOSE LUIS VALENCIA MENDOZA, by
22 and through his counsel, LORI J. TEICHERT, ANGELICA MARIA VALENCIA by
23 and through her attorney, J. TONEY, JESUS BARNARDO MEDRANO, by and
24 through his attorney, PRECILIANO MARTINEZ, and HECTOR ZARATE, by and
25 through his attorney, GILBERT ROQUE, that the status conference set for
26 Tuesday, October 27, 2009, be continued to Tuesday, November 24, 2009,
27 at 9:15 a.m..
28        The reason for this continuance is to allow defense counsel

1  additional time to review discovery with the defendant, to examine
2  possible defenses and to continue investigating the facts of the case.
3     It is further stipulated that the time period from the date of this
4  stipulation, October 27, 2009, through and including the date of the
5  new status conference hearing, November 24, 2009, shall be excluded
6  from computation of time within which the trial of this matter must be
7  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
8  (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to
9  prepare].

11 DATED: October 22, 2009Respectfully submitted,

12                                    DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ Benjamin Galloway
14                                    BENJAMIN GALLOWAY
                                      Assistant Federal Defender
15                                    Attorney for Defendant
                                      SANTOS BARRAJAS

                                      /s/ Benjamin Galloway for
17                                    LORI J. TIECHERT
                                      Attorney for Defendant
18                                    JOSE LUIS VALENCIA MENDOZA

                                      /s/ Benjamin Galloway for
20                                    J. TONEY
                                      Attorney for Defendant
21                                    ANGELICA MARIA VALENCIA

                                      /s/ Benjamin Galloway for
23                                    PRECILIANO MARTINEZ
                                      Attorney for Defendant
24                                    JESUS BARNARDO MEDRANO

25                                    /s/ Benjamin Galloway for
                                      GILBERT ROQUE
26                                    Attorney for Defendant
                                      HECTOR ZARATE

27
   DATED: October 22, 2009LAWRENCE G. BROWN
28                                    United States Attorney

```
                    /s/ Benjamin Galloway for
                    DANIEL McCONKIE
                    Assistant U.S. Attorney
                    Attorney for Plaintiff
```

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set October 27, 2009, status conference shall be continued to November 24, 2009, at 9:15 a.m.  It is further ordered that the time period from the date of the parties' stipulation, October 27, 2009, through and including the date of the new status conference hearing, November 24, 2009, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: October 23, 2009.

```
                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```