LORIE J. TEICHERT
Attorney at Law
California State Bar No. 142271
1322 F Street
Sacramento, CA  95814
Telephone:  (916) 441-4410
Facsimile:  (916) 441-4202

Attorney for Defendant
JOSE LUIS VALENCIA-MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>     v.<br>VALENCIA-MENDOZA, et al.,<br>            Defendants.<br>_____ | Cr.S. 09-408-LKK<br>**STIPULATION AND ORDER**<br>DATE: January 26, 2010<br>TIME: 9:15 a.m.<br>JUDGE: Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendants, SANTOS BARRAJAS by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, JOSE LUIS VALENCIA MENDOZA, by and through his counsel, LORIE J. TEICHERT, ANGELICA MARIA VALENCIA by and through her attorney, J. TONEY, JESUS BERNARDO MEDRANO, by and through his attorney, PRECILIANO MARTINEZ, and HECTOR ZARATE, by and through his attorney, GILBERT ROQUE, that the status conference set for Tuesday, November 24, 2009, be continued to Tuesday, January 26, 2010, at 9:15 a.m..

1    The reason for this continuance is to allow defense counsel
2 additional time to review and discuss discovery with their respective
3 defendants, most of whom are native Spanish speakers, to examine
4 possible defenses, and to continue investigating the facts of the case.
5    It is further stipulated that the time period from the date of
6 this stipulation, November 24, 2009, through and including the date of
7 the new status conference hearing, January 26, 2010, shall be excluded
8 from computation of time within which the trial of this matter must be
9 commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
10 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to
11 prepare].

13 DATED: November 19, 2009         Respectfully submitted,

14                                  /s/ Lorie J. Teichert
                                    LORIE J. TEICHERT
15                                  Attorney for Defendant
                                    JOSE LUIS VALENCIA-MENDOZA
16
                                    DANIEL J. BRODERICK
17                                  Federal Defender

18                                  /s/ Lorie J. Teichert for
                                    BENJAMIN GALLOWAY
19                                  Assistant Federal Defender
                                    Attorney for Defendant
20                                  SANTOS BARRAJAS

21                                  /s/ Lorie J. Teichert for
                                    J. TONEY
22                                  Attorney for Defendant
                                    ANGELICA MARIA VALENCIA
23

24                                  /s/ Lorie J. Teichert for
                                    PRECILIANO MARTINEZ
25                                  Attorney for Defendant
                                    JESUS BERNARDO MEDRANO
26
                                    /s/ Lorie J. Teichert for
27                                  GILBERT ROQUE
                                    Attorney for Defendant
28                                  HECTOR ZARATE

DATED: November 19, 2009         BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Lorie J. Teichert for
                                 DANIEL McCONKIE
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff


**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set November 24, 2009 status conference shall be continued to January 26, 2010, at 9:15 a.m.  It is further ordered that the time period from the date of the parties' stipulation, November 19, 2009, through and including the date of the new status conference hearing, January 26, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: November 20, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3