DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
SANTOS BARRAJAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 09-408-LKK |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | DATE: April 13, 2010 |
| VALENCIA-MENDOZA, et al., | ) | TIME: 9:15 a.m. |
| | ) | JUDGE: Hon. Lawrence K. Karlton |
| Defendants. | ) | |
| | ) | |

It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendants, SANTOS BARRAJAS by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, JOSE LUIS VALENCIA MENDOZA, by and through his counsel, LORI J. TEICHERT, ANGELICA MARIA VALENCIA by and through her attorney, J. TONEY, JESUS BARNARDO MEDRANO, by and through his attorney, PRECILIANO MARTINEZ, and HECTOR ZARATE, by and through his attorney, GILBERT ROQUE, that the status conference set for Tuesday, March 2, 2010, be continued to Tuesday, April 13, 2010, at 9:15 a.m..

The reason for this continuance is to allow defense counsel

1  additional time to review discovery with the defendants, to examine
2  possible defenses and to continue investigating the facts of the case.
3     It is further stipulated that the time period from the date of this
4  stipulation, February 26, 2010, through and including the date of the
5  new status conference hearing, April 13, 2010, shall be excluded from
6  computation of time within which the trial of this matter must be
7  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
8  (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to
9  prepare].
10
11 DATED: February 26, 2010       Respectfully submitted,
12                                DANIEL J. BRODERICK
                                  Federal Defender
13
                                  /s/ Benjamin Galloway
14                                BENJAMIN GALLOWAY
                                  Assistant Federal Defender
15                                Attorney for Defendant
                                  SANTOS BARRAJAS
16
                                  /s/ Benjamin Galloway for
17                                LORI J. TIECHERT
                                  Attorney for Defendant
18                                JOSE LUIS VALENCIA MENDOZA

19                                /s/ Benjamin Galloway for
                                  J. TONEY
20                                Attorney for Defendant
                                  ANGELICA MARIA VALENCIA
21
                                  /s/ Benjamin Galloway for
22                                PRECILIANO MARTINEZ
                                  Attorney for Defendant
23                                JESUS BARNARDO MEDRANO

24                                /s/ Benjamin Galloway for
                                  GILBERT ROQUE
25                                Attorney for Defendant
                                  HECTOR ZARATE
26

27

28 DATED: February 26, 2010       BENJAMIN GALLOWAY
                                  United States Attorney

**2**

/s/ Benjamin Galloway for
DANIEL McCONKIE
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set March 2, 2010, status conference shall be continued to April 13, 2010, at 9:15 a.m..  It is further ordered that the time period from the date of the parties' stipulation, February 26, 2010, through and including the date of the new status conference hearing, April 13, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: February 26, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT