DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
SANTOS BARRAJAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>       v.                            )<br>                                     )<br> VALENCIA-MENDOZA, et al.,           )<br>                                     )<br>            Defendants.              )<br>                                     )<br>_____) | Cr.S. 09-408-LKK<br><br>**STIPULATION ANDORDER**<br><br>DATE:  May 25, 2010<br>TIME:  9:15 a.m.<br>JUDGE: Hon. Lawrence K. Karlton |

   It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendants, SANTOS BARRAJAS by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, JOSE LUIS VALENCIA MENDOZA, by and through his counsel, LORI J. TEICHERT, ANGELICA MARIA VALENCIA by and through her attorney, J. TONEY, JESUS BARNARDO MEDRANO, by and through his attorney, PRECILIANO MARTINEZ, and HECTOR ZARATE, by and through his attorney, GILBERT ROQUE, that the status conference set for Tuesday, April 13, 2010, be continued to Tuesday, May 25, 2010, at 9:15 a.m..

        The reason for this continuance is to allow defense counsel

1  additional time to review discovery with the defendants, to examine
2  possible defenses and to continue investigating the facts of the case.
3     It is further stipulated that the time period from the date of this
4  stipulation, April 8, 2010, through and including the date of the new
5  status conference hearing, May 25, 2010, shall be excluded from
6  computation of time within which the trial of this matter must be
7  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
8  (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to
9  prepare].

11  DATED: April 8, 2010          Respectfully submitted,

12                                 DANIEL J. BRODERICK
                                   Federal Defender

                                   /s/ Benjamin Galloway
14                                 BENJAMIN GALLOWAY
                                   Assistant Federal Defender
15                                 Attorney for Defendant
                                   SANTOS BARRAJAS

                                   /s/ Benjamin Galloway for
17                                 LORI J. TIECHERT
                                   Attorney for Defendant
18                                 JOSE LUIS VALENCIA MENDOZA

19                                 /s/ Benjamin Galloway for
                                   J. TONEY
20                                 Attorney for Defendant
                                   ANGELICA MARIA VALENCIA

                                   /s/ Benjamin Galloway for
22                                 PRECILIANO MARTINEZ
                                   Attorney for Defendant
23                                 JESUS BARNARDO MEDRANO

24                                 /s/ Benjamin Galloway for
                                   GILBERT ROQUE
25                                 Attorney for Defendant
                                   HECTOR ZARATE

28  DATED: April 8, 2010          BENJAMIN GALLOWAY
                                   United States Attorney

**2**

                    <u>/s/ Benjamin Galloway for</u>
                    DANIEL McCONKIE
                    Assistant U.S. Attorney
                    Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. It is hereby ordered that the presently set April 13, 2010, status conference shall be continued to May 25, 2010, at 9:15 a.m.. It is further ordered that the time period from the date of the parties' stipulation, April 8, 2010, through and including the date of the new status conference hearing, May 25, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: April 13, 2010

                                              LAWRENCE K. KARLTON
                                              SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT