```
1  LORIE J. TEICHERT
   Attorney at Law
2  California State Bar No. 142271
   1322 F Street
3  Sacramento, CA  95814
   Telephone:  (916) 441-4410
4  Facsimile:  (916) 441-4202

5  Attorney for Defendant
   JOSE LUIS VALENCIA-MENDOZA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,     )   Cr.S. 09-408-LKK
                              )
           Plaintiff,         )   STIPULATION AND ORDER
                              )
      v.                      )   DATE: July 27, 2010
                              )   TIME: 9:15 a.m.
VALENCIA-MENDOZA, et al.,     )   JUDGE: Hon. Lawrence K. Karlton
                              )
           Defendants.        )
                              )
_____)
```

It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendants, JOSE LUIS VALENCIA MENDOZA, by and through his counsel, LORIE J. TEICHERT, ANGELICA MARIA VALENCIA by and through her attorney, J. TONEY, JESUS BERNARDO MEDRANO, by and through his attorney, PRECILIANO MARTINEZ, and HECTOR ZARATE, by and through his attorney, GILBERT ROQUE, that the status conference set for Tuesday, May 25, 2010, be continued to Tuesday, July 27, 2010, at 9:15 a.m..

The reason for this continuance is to allow defense counsel additional time to review and discuss discovery with their respective defendants, most of whom are native Spanish speakers, to examine

1  possible defenses, and to continue investigating the facts of the case.
2       It is further stipulated that the time period from the date of
3  this stipulation, May 24, 2010, through and including the date of the
4  new status conference hearing, July 27, 2010, shall be excluded from
5  computation of time within which the trial of this matter must be
6  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
7  (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to
8  prepare].

10 DATED: May 24, 2010              Respectfully submitted,

11                                  /s/ Lorie J. Teichert
                                    LORIE J. TEICHERT
12                                  Attorney for Defendant
                                    JOSE LUIS VALENCIA-MENDOZA
13
                                    /s/ Lorie J. Teichert for
14                                  J. TONEY
                                    Attorney for Defendant
15                                  ANGELICA MARIA VALENCIA

16                                  /s/ Lorie J. Teichert for
                                    PRECILIANO MARTINEZ
17                                  Attorney for Defendant
                                    JESUS BERNARDO MEDRANO
18
                                    /s/ Lorie J. Teichert for
19                                  GILBERT ROQUE
                                    Attorney for Defendant
20                                  HECTOR ZARATE

21 DATED: May 24, 2010              BENJAMIN B. WAGNER
                                    United States Attorney
22
                                    /s/ Lorie J. Teichert for
23                                  DANIEL McCONKIE
                                    Assistant U.S. Attorney
24                                  Attorney for Plaintiff

25

26                               **O R D E R**

27     Based on the stipulation of the parties and good cause appearing
28 therefrom, the Court hereby adopts the stipulation of the parties in

**2**

its entirety as its order.  It is hereby ordered that the presently set May 25, 2010 status conference shall be continued to July 27, 2010, at 9:15 a.m.  It is further ordered that the time period from the date of the parties' stipulation, May 24, 2010, through and including the date of the new status conference hearing, July 27, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: May 25, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3