DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
SANTOS BARRAJAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 09-408-LKK |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE:  August 3, 2010 |
| VALENCIA-MENDOZA, et al., ) | TIME:  9:15 a.m. |
| ) | JUDGE: Hon. Lawrence K. Karlton |
| Defendants. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendant, SANTOS BARRAJAS by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Tuesday, June 29, 2010, be continued to Tuesday, August 3, 2010, at 9:15 a.m., for status conference and possible change of plea.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, June 24, 2010, through and including the date of the new

status conference hearing, August 3, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: June 24, 2010          Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

                                       /s/ Benjamin Galloway
                                       BENJAMIN GALLOWAY
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       SANTOS BARRAJAS

DATED: June 24, 2010          BENJAMIN GALLOWAY
                                       United States Attorney

                                       /s/ Benjamin Galloway for
                                       DANIEL McCONKIE
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set June 29, 2010, status conference shall be continued to August 3, 2010, at 9:15 a.m..  It is further ordered that the time period from the date of the parties' stipulation, June 24, 2010, through and including the date of the new status conference hearing, August 3, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense

counsel to prepare].

   Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

   **IT IS SO ORDERED.**

DATED: June 25, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3