IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>JOSE LUIS VALENCIA-MENDOZA,<br>          et al.<br><br>          Defendants. | CR. No.  2:09-cr-408 LKK<br><br>ORDER EXCLUDING TIME UNDER<br>THE SPEEDY TRIAL ACT |

Defendants Valencia-Mendoza, Valencia, Zarate, and Medrano appeared before the Court on July 27, 2010 at 9:15 a.m.  (Defendant Barrajas did not appear.) The government was represented by Assistant U.S. Attorney Daniel S. McConkie. Defendant Valencia-Mendoza was represented by Lori Teichert; defendant Valencia was represented by J. Tony; defendant Zarate was represented by Gilbert Roque; defendant Medrano was represented by Preciliano Martinez. The parties are continuing to work toward a resolution of the case and to prepare for trial. At the request of all parties, the status conference was continued until September 21, 2010.

///

1     Accordingly, the Court finds that the interests of justice
2 served by granting this continuance outweigh the best interests of
3 the public and the defendants in a speedy trial, 18 U.S.C. §§ 3161
4 (h)(7)(B)(iv) and time, therefore, will be excluded from July 27,
5 2010 through September 21, 2010.

DATE: August 27, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT