LORIE J. TEICHERT
Attorney at Law
California State Bar No. 142271
1322 F Street
Sacramento, CA  95814
Telephone:  (916) 441-4410
Facsimile:  (916) 441-4202

Attorney for Defendant
JOSE LUIS VALENCIA-MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 09-408-LKK |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| v. ) | DATE: October 19, 2010 |
| ) | TIME: 9:15 a.m. |
| VALENCIA-MENDOZA, et al., ) | JUDGE: Hon. Lawrence K. Karlton |
| Defendants. ) | |
| _____ ) | |

   It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendants, JOSE LUIS VALENCIA MENDOZA, by and through his counsel, LORIE J. TEICHERT, ANGELICA MARIA VALENCIA by and through her attorney, J. TONEY, JESUS BERNARDO MEDRANO, by and through his attorney, PRECILIANO MARTINEZ, and HECTOR ZARATE, by and through his attorney, GILBERT ROQUE, that the status conference set for Tuesday, September 21, 2010, be continued to Tuesday, October 19, 2010, at 9:15 a.m.
   The reason for this continuance is to allow defense counsel additional time to review and discuss discovery with their respective clients, most of whom are native Spanish speakers, to examine possible

1  defenses, to continue investigation of the facts, and to complete
2  ongoing settlement discussions.
3       It is further stipulated that the time period from the date of
4  this stipulation, September 17, 2010, through and including the date of
5  the new status conference hearing, October 19, 2010, shall be excluded
6  from computation of time within which the trial of this matter must be
7  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
8  (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to
9  prepare].

11  DATED: September 17, 2010          Respectfully submitted,

12                                     /s/ Lorie J. Teichert
                                       LORIE J. TEICHERT
13                                     Attorney for Defendant
                                       JOSE LUIS VALENCIA-MENDOZA
14
                                       /s/ Lorie J. Teichert for
15                                     J. TONEY
                                       Attorney for Defendant
16                                     ANGELICA MARIA VALENCIA

17                                     /s/ Lorie J. Teichert for
                                       PRECILIANO MARTINEZ
18                                     Attorney for Defendant
                                       JESUS BERNARDO MEDRANO
19
                                       /s/ Lorie J. Teichert for
20                                     GILBERT ROQUE
                                       Attorney for Defendant
21                                     HECTOR ZARATE

22  DATED: September 17, 2010          BENJAMIN B. WAGNER
                                       United States Attorney
23
                                       /s/ Lorie J. Teichert for
24                                     DANIEL McCONKIE
                                       Assistant U.S. Attorney
25                                     Attorney for Plaintiff

# O R D E R

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set September 21, 2010 status conference shall be continued to October 19, 2010, at 9:15 a.m.  It is further ordered that the time period from the date of the parties' stipulation, September 17, 2010, through and including the date of the new status conference hearing, October 19, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: September 20, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT