LORIE J. TEICHERT
Attorney at Law
California State Bar No. 142271
1322 F Street
Sacramento, CA  95814
Telephone:  (916) 441-4410
Facsimile:  (916) 441-4202

Attorney for Defendant
JOSE LUIS VALENCIA-MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 09-408-LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | |
| v. | ) | DATE: November 30, 2010 |
| | ) | TIME: 9:15 a.m. |
| VALENCIA-MENDOZA, et al., | ) | JUDGE: Hon. Lawrence K. Karlton |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

   It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendants, JOSE LUIS VALENCIA MENDOZA, by and through his counsel, LORIE J. TEICHERT, ANGELICA MARIA VALENCIA by and through her attorney, J. TONEY, JESUS BERNARDO MEDRANO, by and through his attorney, PRECILIANO MARTINEZ, and HECTOR ZARATE, by and through his attorney, GILBERT ROQUE, that the status conference set for Tuesday, October 19, 2010, be continued to Tuesday, November 30, 2010, at 9:15 a.m.

   The reason for this continuance is to allow defense counsel additional time to review and discuss factual issues and ongoing settlement discussions with their respective clients, most of whom are

1 native Spanish speakers, to examine possible defenses, and to complete
2 ongoing settlement discussions with the Government.
3    It is further stipulated that the time period from the date of
4 this stipulation, October 15, 2010, through and including the date of
5 the new status conference hearing, November 30, 2010, shall be excluded
6 from computation of time within which the trial of this matter must be
7 commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
8 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to
9 prepare].

11 DATED: October 15, 2010          Respectfully submitted,

12                                   /s/ Lorie J. Teichert
                                    LORIE J. TEICHERT
13                                   Attorney for Defendant
                                    JOSE LUIS VALENCIA-MENDOZA
14
                                    /s/ Lorie J. Teichert for
15                                   J. TONEY
                                    Attorney for Defendant
16                                   ANGELICA MARIA VALENCIA

17                                   /s/ Lorie J. Teichert for
                                    PRECILIANO MARTINEZ
18                                   Attorney for Defendant
                                    JESUS BERNARDO MEDRANO
19
                                    /s/ Lorie J. Teichert for
20                                   GILBERT ROQUE
                                    Attorney for Defendant
21                                   HECTOR ZARATE

22 DATED: October 15, 2010          BENJAMIN B. WAGNER
                                    United States Attorney
23
                                    /s/ Lorie J. Teichert for
24                                   DANIEL McCONKIE
                                    Assistant U.S. Attorney
25                                   Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set October 19, 2010 status conference shall be continued to November 30, 2010, at 9:15 a.m.  It is further ordered that the time period from the date of the parties' stipulation, October 15, 2010, through and including the date of the new status conference hearing, November 30, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: October 18, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT