LORIE J. TEICHERT
Attorney at Law
California State Bar No. 142271
1322 F Street
Sacramento, CA  95814
Telephone:  (916) 441-4410
Facsimile:  (916) 441-4202

Attorney for Defendant
JOSE LUIS VALENCIA-MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 09-408-LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | |
| v. | ) | DATE: December 7, 2010 |
| | ) | TIME:  9:15 a.m. |
| VALENCIA-MENDOZA, et al., | ) | JUDGE: Hon. Lawrence K. Karlton |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendants, JOSE LUIS VALENCIA MENDOZA, by and through his counsel, LORIE J. TEICHERT, and JESUS BERNARDO MEDRANO, by and through his attorney, PRECILIANO MARTINEZ, that the status conference set for Tuesday, November 30, 2010, be continued to Tuesday, December 7, 2010, at 9:15 a.m.

The reason for this continuance is to allow defense counsel additional time to review and discuss factual and legal issues with their respective clients, at least one of whom is a native Spanish speaker currently housed in Oroville, California, and to complete

1  ongoing settlement discussions with the Government.

2      It is further stipulated that the time period from the date of
3  this stipulation, November 24, 2010, through and including the date of
4  the new status conference hearing, December 7, 2010, shall be excluded
5  from computation of time within which the trial of this matter must be
6  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
7  (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to
8  prepare].

10 DATED: November 24, 2010         Respectfully submitted,

11                                  /s/ Lorie J. Teichert
                                    LORIE J. TEICHERT
12                                  Attorney for Defendant
                                    JOSE LUIS VALENCIA-MENDOZA

14                                  /s/ Lorie J. Teichert for
                                    PRECILIANO MARTINEZ
15                                  Attorney for Defendant
                                    JESUS BERNARDO MEDRANO

17 DATED: November 24, 2010         BENJAMIN B. WAGNER
                                    United States Attorney
18
                                    /s/ Lorie J. Teichert for
19                                  DANIEL McCONKIE
                                    Assistant U.S. Attorney
20                                  Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. It is hereby ordered that the presently set November 30, 2010 status conference shall be continued to December 7, 2010, at 9:15 a.m. It is further ordered that the time period from the date of the parties' stipulation, November 24, 2010, through and including the date of the new status conference hearing, December 7, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: November 30, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT