LORIE J. TEICHERT
Attorney at Law
California State Bar No. 142271
1322 F Street
Sacramento, CA  95814
Telephone:  (916) 441-4410
Facsimile:  (916) 441-4202

Attorney for Defendant
JOSE LUIS VALENCIA-MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 09-408-LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | |
| v. | ) | DATE: February 23, 2010 |
| | ) | TIME: 9:15 a.m. |
| VALENCIA-MENDOZA, et al., | ) | JUDGE: Hon. Lawrence K. Karlton |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

     It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendant, JOSE LUIS VALENCIA MENDOZA, by and through his counsel, LORIE J. TEICHERT, that the status conference set for Tuesday, December 21, 2010, be continued to Wednesday, February 23, 2010, at 9:15 a.m.

     The reason for this continuance is to allow defense counsel time to review new discovery which is currently pending release, to discuss factual and legal issues posed by the new discovery with her client, who is a native Spanish speaker currently housed in Oroville, California, and to complete ongoing settlement discussions with the Government.

1     It is further stipulated that the time period from the date of
2 this stipulation, December 17, 2010, through and including the date of
3 the new status conference hearing, February 23, 2011, shall be excluded
4 from computation of time within which the trial of this matter must be
5 commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
6 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to
7 prepare].

9 DATED: December 17, 2010    Respectfully submitted,

10     /s/ Lorie J. Teichert
    LORIE J. TEICHERT
11     Attorney for Defendant
    JOSE LUIS VALENCIA-MENDOZA

14 DATED: December 17, 2010    BENJAMIN B. WAGNER
    United States Attorney

    /s/ Lorie J. Teichert for
16     DANIEL McCONKIE
    Assistant U.S. Attorney
17     Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set December 21, 2010 status conference shall be continued to February 23, 2011, at 9:15 a.m.  It is further ordered that the time period from the date of the parties' stipulation, December 17, 2010, through and including the date of the new status conference hearing, February 23, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: December 20, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT