IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>JOSE LUIS VALENCIA-MENDOZA,<br>             et al.<br><br>             Defendants. | CR. No.  2:09-cr-408 LKK<br><br>ORDER EXCLUDING TIME UNDER<br>THE SPEEDY TRIAL ACT |

    Defendants Valencia-Mendoza, Valencia, Zarate, and Medrano appeared before the Court on December 7, 2010 at 9:15 a.m. (Defendant Barrajas did not appear.) The government was represented by Assistant U.S. Attorney Daniel S. McConkie. Defendant Valencia-Mendoza was represented by Lori Teichert; defendant Valencia was represented by J. Tony; defendant Zarate was represented by J. Tony; defendant Medrano was represented by Preciliano Martinez.

    Defendant Valencia pleaded guilty. The parties are continuing to work toward a resolution of the case and to conduct additional investigation and prepare for trial. At the request of the government and defendants Valencia-Mendoza, Zarate, and Medrano, the status conference was continued until December 21, 2010.  The

1  government was ordered to prepare a proposed order.
2       Accordingly, the Court finds that the interests of justice
3  served by granting this continuance outweigh the best interests of
4  the public and the defendants in a speedy trial, 18 U.S.C. §§ 3161
5  (h)(7)(B)(iv) and time, therefore, will be excluded from December 7,
6  2010 through December 21, 2010.

8  DATE: December 21, 2010

10                              LAWRENCE K. KARLTON
                                SENIOR JUDGE
11                              UNITED STATES DISTRICT COURT