LORIE J. TEICHERT
Attorney at Law
California State Bar No. 142271
1322 F Street
Sacramento, CA  95814
Telephone:  (916) 441-4410
Facsimile:  (916) 441-4202

Attorney for Defendant
JOSE LUIS VALENCIA-MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 09-408-LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | |
| v. | ) | DATE: March 29, 2011 |
| | ) | TIME: 9:15 a.m. |
| VALENCIA-MENDOZA, et al., | ) | JUDGE: Hon. Lawrence K. Karlton |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

   It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendant, JOSE LUIS VALENCIA MENDOZA, by and through his counsel, LORIE J. TEICHERT, that the status conference set for Wednesday, February 23, 2011, be continued to Tuesday, March 29, 2011, at 9:15 a.m.

   The reason for this continuance is to allow defense counsel time to review new discovery received, including audio and video tapes, to discuss factual and legal issues posed by the new discovery with her client, who is a native Spanish speaker currently housed in Oroville, California, and to complete ongoing settlement discussions with the

1 | Government.

2 | It is further stipulated that the time period from the date of
3 | this stipulation, February 18, 2011, through and including the date of
4 | the new status conference hearing, March 29, 2011, shall be excluded
5 | from computation of time within which the trial of this matter must be
6 | commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
7 | (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to
8 | prepare].

10 | DATED: February 18, 2011          Respectfully submitted,

11 |                                    /s/ Lorie J. Teichert
                                        LORIE J. TEICHERT
12 |                                    Attorney for Defendant
                                        JOSE LUIS VALENCIA-MENDOZA

15 | DATED: February 18, 2011          BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Lorie J. Teichert for
17 |                                    DANIEL McCONKIE
                                        Assistant U.S. Attorney
18 |                                    Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set February 23, 2011 status conference shall be continued to March 29, 2011, at 9:15 a.m.  It is further ordered that the time period from the date of the parties' stipulation, February 18, 2011, through and including the date of the new status conference hearing, March 29, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: February 22, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT