LORIE J. TEICHERT
Attorney at Law
California State Bar No. 142271
1322 F Street
Sacramento, CA  95814
Telephone:  (916) 441-4410
Facsimile:  (916) 441-4202

Attorney for Defendant
JOSE LUIS VALENCIA-MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 09-408-LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | |
| v. | ) | DATE: June 7, 2011 |
| | ) | TIME: 9:15 a.m. |
| VALENCIA-MENDOZA, et al., | ) | JUDGE: Hon. Lawrence K. Karlton |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendant, JOSE LUIS VALENCIA MENDOZA, by and through his counsel, LORIE J. TEICHERT, that the status conference set for Tuesday, March 29, 2011, be continued to Tuesday, June 7, 2011, at 9:15 a.m.

The reason for this continuance is to allow defense counsel additional time to review new discovery received, to discuss factual and legal issues posed by the new discovery with her client, who is a native Spanish speaker currently housed in Oroville, California, and to complete ongoing settlement discussions with the Government.  In addition, defense counsel underwent surgery in March, 2011 with a

recovery period of six to eight weeks.  Based on the foregoing, counsel needs more time for the purpose of continued defense investigation, continuity of counsel, analysis and discussion of discovery, and continued settlement negotiations.

It is further stipulated that the time period from the date of this stipulation, March 25, 2011, through and including the date of the new status conference hearing, June 7, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: March 25, 2011        Respectfully submitted,

                             /s/ Lorie J. Teichert
                             LORIE J. TEICHERT
                             Attorney for Defendant
                             JOSE LUIS VALENCIA-MENDOZA


DATED: March 25, 2011        BENJAMIN B. WAGNER
                             United States Attorney

                             /s/ Lorie J. Teichert for
                             DANIEL McCONKIE
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. It is hereby ordered that the presently set March 29, 2011 status conference shall be continued to June 7, 2011, at 9:15 a.m. It is further ordered that the time period from the date of the parties' stipulation, March 25, 2011, through and including the date of the new status conference hearing, June 7, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: March 29, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT