LORIE J. TEICHERT
Attorney at Law
California State Bar No. 142271
1322 F Street
Sacramento, CA  95814
Telephone:  (916) 441-4410
Facsimile:  (916) 441-4202

Attorney for Defendant
JOSE LUIS VALENCIA-MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 09-408-LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | |
| v. | ) | DATE: July 12, 2011 |
| | ) | TIME: 9:15 a.m. |
| VALENCIA-MENDOZA, et al., | ) | JUDGE: Hon. Lawrence K. Karlton |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendant, JOSE LUIS VALENCIA MENDOZA, by and through his counsel, LORIE J. TEICHERT, that the status conference set for Wednesday, June 1, 2011, be continued to Tuesday, July 12, 2011, at 9:15 a.m.

The reason for this continuance is to allow defense counsel additional time to research legal and factual issues posed by new discovery received, to play, translate, and discuss the electronic media (CDs) contained in this discovery with her client, who is a native Spanish speaker currently housed in Oroville, California, and to complete ongoing settlement discussions with the Government.  In

1  addition, defense counsel underwent surgery in March, 2011 which
2  delayed her ability to confer with her client at an earlier time.
3  Based on the foregoing, counsel needs more time for the purpose of
4  continued defense investigation, continuity of counsel, analysis and
5  discussion of discovery, and continued settlement negotiations.
6       It is further stipulated that the time period from the date of
7  this stipulation, May 28, 2011, through and including the date of the
8  new status conference hearing, July 12, 2011, shall be excluded from
9  computation of time within which the trial of this matter must be
10 commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
11 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to
12 prepare].

14 DATED: May 28, 2011            Respectfully submitted,

15                                /s/ Lorie J. Teichert
                                  LORIE J. TEICHERT
16                                Attorney for Defendant
                                  JOSE LUIS VALENCIA-MENDOZA

19 DATED: May 28, 2011            BENJAMIN B. WAGNER
                                  United States Attorney
20
                                  /s/ Lorie J. Teichert for
21                                DANIEL McCONKIE
                                  Assistant U.S. Attorney
22                                Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set June 1, 2011 status conference shall be continued to July 12, 2011, at 9:15 a.m.  It is further ordered that the time period from the date of the parties' stipulation, May 28, 2011, through and including the date of the new status conference hearing, July 12, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: June 1, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT