LORIE J. TEICHERT
Attorney at Law
California State Bar No. 142271
1322 F Street
Sacramento, CA  95814
Telephone:  (916) 441-4410
Facsimile:  (916) 441-4202

Attorney for Defendant
JOSE LUIS VALENCIA-MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 09-408-LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | |
| v. | ) | DATE: July 26, 2011 |
| | ) | TIME: 9:15 a.m. |
| VALENCIA-MENDOZA, et al., | ) | JUDGE: Hon. Lawrence K. Karlton |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through DANIEL McCONKIE, Assistant U.S. Attorney, and defendant, JOSE LUIS VALENCIA MENDOZA, by and through his counsel, LORIE J. TEICHERT, that the status conference set for Tuesday, July 12, 2011, be continued to Tuesday, July 26, 2011, at 9:15 a.m.

The reason for this continuance is to allow defense counsel additional time to conduct defense investigation, to play, translate, and discuss the electronic media (CDs) contained in the latest discovery with her client, a native Spanish speaker currently housed in Oroville, California, which task was unable to be completed due to temporary lack of availability of counsel's computer, and to complete

ongoing settlement discussions with the Government. Based on the foregoing, counsel needs more time for the purpose of continued defense investigation, analysis and discussion of discovery with the client, and continued settlement negotiations.

It is further stipulated that the time period from the date of this stipulation, July 7, 2011, through and including the date of the new status conference hearing, July 26, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: July 7, 2011             Respectfully submitted,

                                /s/ Lorie J. Teichert
                                LORIE J. TEICHERT
                                Attorney for Defendant
                                JOSE LUIS VALENCIA-MENDOZA


DATED: July 7, 2011             BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Lorie J. Teichert for
                                DANIEL McCONKIE
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set July 12, 2011 status conference shall be continued to July 26, 2011, at 9:15 a.m. It is further ordered that the time period from the date of the parties' stipulation, July 7, 2011, through and including the date of the new status conference hearing, July 26 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: July 11, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3