**FILED**

**SEP - 6 2013**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CR NO: 2:09-CR-0408 TLN |
| JOSE VALENCIA-MENDOZA, | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum ☐ Ad Testificandum

Name of Detainee: JOSE VALENCIA MENDOZA
Detained at: CI Reeves III – Pecos, TX 79772

Detainee is:
a.) ☐ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with: Conspiracy to manufacture at least 1,000 marijuana plants, in violation of 21U.S.C. §§ 846, 841(a)(1).

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary [FORTHWITH ]in the Eastern District of California.*

Signature: /s/Michael D. McCoy
Printed Name & Phone No: MICHAEL D. McCOY / (916) 554-2798
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 9-6-13

Honorable Edmund F. Brennan
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | 18790-097 | DOB: | 06/05/1977 |
| Facility Address: | 100 County Road #204, Pecos, TX 79772 | Race: | White |
| Facility Phone: | (432) 447-2909 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____ _____
(signature)