1 JOHN BALAZS, Bar No.157287
Attorney at Law
2 916 2nd Street, Suite F
Sacramento, California 95814
3 Telephone: (916) 447-9299
John@Balazslaw.com
4
5 Attorney for Defendant
JOSE LUIS VALENCIA MENDOZA
6
7
8 **IN THE UNITED STATES DISTRICT COURT**
9
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
11
12
| UNITED STATES OF AMERICA, | ) | No.   2:09-cr-0408-TLN |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE |
| v. | ) | RE-SENTENCING HEARING |
| | ) | |
| JOSE LUIS VALENCIA-MENDOZA, | ) | Date:  December 12, 2013 |
| | ) | Time:  9:30 a.m. |
| Defendant. | ) | Hon.   Troy L. Nunley |

  Defendant Jose Luis Valencia Mendoza, through his counsel, and the United States, through its counsel, stipulate and request that the resentencing hearing set for November 14, 2013 be vacated and continued to December 12, 2013.  The reason for the request is that the parties are attempting a resolution of this matter and defense counsel also needs additional time to consult with his client and prepare for resentencing.

1

|   |   |   |
|---|---|---|
|   | Respectfully submitted, |   |

Dated: November 8, 2013            /s/  John Balazs
                                   JOHN BALAZS

                                   Attorney for defendant
                                   JOSE LUIS VALENCIA-MENDOZA


                                   BENJAMIN B. WAGNER
                                   United States Attorney

Dated: November 8, 2013     By:    /s/   Michael McCoy
                                   MICHAEL McCOY
                                   Assistant U.S. Attorney


## **ORDER**

    IT IS SO ORDERED.

Dated: November 12, 2013

                                   _____
                                   Troy L. Nunley
                                   United States District Judge